IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ZACHARY RYAN PARKER**                                                                                           **PLAINTIFF**
**ADC #555517**

v.                                              Case No: 3:22-cv-00154 JM

**FLOSSIE LANE,** *et al.*                                                                                        **DEFENDANTS**

## ORDER

Plaintiff Zackary Ryan Parker filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on June 29, 2022 (Doc. No. 1). In its initial order to Parker, the Court notified him of his duty to promptly notify the Clerk and the parties of any change in his address; the Court also notified Parker that if any communication from the Court to him is not responded to within 30 days, his case may be dismissed without prejudice. Doc. No. 5.

On July 12, 2022, mail sent to Parker was returned as undeliverable, and the envelope was entered on the docket. *See* Doc. No. 6. The Court entered a text order on July 13, 2022, notifying Parker that mail could not be delivered to him because he was no longer at the address he provided. Doc. No. 7. Parker was directed to provide notice of his current mailing address by no later than thirty days from the entry of the July 13 text order. He was warned that his failure to provide a current mailing address may cause his complaint to be dismissed. A printed version of the text order was sent to him at his last known address. His mail continues to be returned. *See* Doc. No. 8.

More than 30 days have passed, and Parker has not complied or otherwise responded to the July 13 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See*

*Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore ordered that Parker's complaint is dismissed without prejudice.

DATED this 19th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE