IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ZACHARY RYAN PARKER**                                                                                       **PLAINTIFF**
**ADC #555517**

v.                              Case No: 3:22-cv-00154 JM

**FLOSSIE LANE,** *et al.*                                                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 19th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE